UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETH CAMACHO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>LTP MANAGEMENT, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-05743-DMR<br><br>**ORDER REOPENING CASE** |

On March 22, 2017, the court conditionally dismissed this action in light of the parties' notice of settlement. [Docket No. 74]. Pursuant to the March 22, 2017 order, the case was dismissed in its entirety with prejudice "provided; however, that if any party hereto shall certify to this court, within 60 days, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial."

On May 18, 2017, the court received Plaintiffs' Notice of Non-Payment of Settlement. [Docket No. 76]. Accordingly, the court held a Further Case Management Conference on June 7, 2017. [Docket No. 93].

On June 21, 2017, the court re-set all case-management deadlines for this case including the trial date. [Docket No. 94]; *see also* Amended Case Management and Pretrial Order for Court Trial [Docket No. 95].

Therefore, in light of the above, the court orders the Clerk to reopen the case.

**IT IS SO ORDERED.**

Dated: June 28, 2017



Donna M. Ryu
United States Magistrate Judge